RECEIVED
FEB - 1 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JUSTIN THOMPSON | CIVIL ACTION 12-2609 |
|---|---|
| VERSUS | U.S. DISTRICT JUDGE TRIMBLE |
| RAWLINGS BROKERAGE CO. | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to transfer venue (doc. #5) be DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 1st day of February, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE